FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LARRY WASHINGTON   407448

ROXBURY CORRECTIONAL INSTITUTION

18701 ROXBURY ROAD

HAGERSTOWN, MARYLAND 21746
(Full name, prison identification
number and address of the plaintiff)

V.

1. GARY D. MAYNARD
   300 E. Joppa Road, Suite 1000
   TOWSON, MARYLAND 21286
2. MARION TUTHILL, WARDEN
   BALTIMORE CITY DETENTION CENTER
   401 E. Eager Street
   Baltimore, Maryland 21202
3. Chief of Security Miles
   Baltimore City Detention Center - 401 E. Eager Street
   Baltimore, Maryland 21202
4. Captain Moore (A Shift Supervisor)
   Baltimore City Detention Center - 401 E. Eager Street
   Baltimore, Maryland 21202
(Full name and address of the defendant(s))

Civil Action No. GLR-13-3767
(Leave blank on initial filing to be filled in by Court)

## COMPLAINT

I. **Previous lawsuits**

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐   NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. **Administrative proceedings**

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☒

   1. If you answered YES:

      a. What was the result? _____

      _____

      b. Did you appeal?

         YES ☐   NO ☐

   2. If you answered NO to either of the questions above, explain why:

      <u>I was told that I couldn't file a grievance</u>

      <u>for a personal injury</u>

III.  Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

In February, 2012 I was assaulted by Members of the B.G.F. (Black Gorilla Family) gang. Inmate Brandon Dovi was identified as one of the attackers. After completing his segregation time for the attack, inmate Dovi was placed back on my housing unit. I complained to officers and shift supervisors that I feared for my life and requested to be moved to another housing unit. All of my requests were denied even though staff was aware of the previous assault on me by inmate Dovi. On May 31, 2012 I was again assaulted by inmate Dovi which caused me to have my left eye surgically removed due to the assault by inmate Dovi.

IV.  Relief
(State briefly what you want the Court to do for you.)

I am seeking Five Million Dollars for negligence, pain and suffering, stress, mental anguish and dereliction of duty by staff at Baltimore City Detention Center. In addition to serious disregard for my safety.

SIGNED THIS _____ day of, _____, _____.

_____
(original signature of plaintiff)

_____
(address of plaintiff)

7. List any other major monthly expenses that you are actually paying.

Description                                          Monthly payment

_____               _____

_____               _____

8. Attach a certified statement of your prison account for the past six months. If you are unable to do this, one will be requested from prison officials.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

12-13-13
(date)

Larry Noshington 407448
(original signature of plaintiff)

Roxbury Correctional Institution
18701 Roxbury Road
Hagerstown Maryland 21746
(address of plaintiff)